*Felony*

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| United States of America ) | |
| ) | |
| v. ) | Case No. B-17-890-MJ |
| ) | |
| Skyler Tarr MCELWRATH ) | |
| *Defendant(s)* ) | |

United States District Court
Southern District of Texas
FILED

NOV - 8 2017

David J. Bradley, Clerk of Court

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of 11/07/2017 in the county of Cameron in the Southern District of Texas, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 United States Code, Section 2252A | Any person who receives or distributes any child pornography that has been mailed, or transported or shipped using any means or facility of interstate or foreign commerce or affecting interstate or foreign commerce by any means, including by computer, any child pornography. |

This criminal complaint is based on these facts:

On November 7, 2017, Homeland Security Investigations served a search warrant at a residence in Harlingen, Texas. A laptop computer, an external hard drive and two cellphones were located during the search of the residence.

Homeland Security Investigation Special Agents received evidence of child pornography distributed by Skyler Tarr MCELWRATH using file sharing software. Homeland Security Investigation Special Agents interviewed Skyler Tarr MCELWRATH, who lives at the residence.

MCELWRATH admitted to being the owner of the computer and to having downloaded child pornography for the past three years on a regular basis. A full forensic examination of the digital media is ongoing.

☐ Continued on the attached sheet.

_____
*Complainant's Signature*

Josue Torres-Bosch    Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

November 8, 2017
*Date*

_____
*Judge's signature*

Brownsville, Texas
*City and State*

Ignacio Torteya III    U.S. Magistrate Judge
*Printed name and title*